B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re    488 Sunny Isles, Inc.

Debtor(s)

Case No. _____

Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| 21 Asset Management Holdings LLC<br>1545 NE 123 Street<br>Miami, FL 33161 | 21 Asset Management Holdings LLC<br>1545 NE 123 Street<br>Miami, FL 33161 | 488 Sunny Isles Blvd.<br>Sunny Isles, FL 33160 | | 25,000.00<br><br>(Unknown secured) |
| City of Sunny Isles<br>18070 Collins Avenue<br>North Miami Beach, FL 33160-2723 | City of Sunny Isles<br>18070 Collins Avenue<br>North Miami Beach, FL 33160-2723 | Alleged fines and code violations | Disputed | 3,000.00 |
| Dept. of Environmental Resources Mgmnt.<br>701 NW 1st Court<br>Miami, FL 33136 | Dept. of Environmental Resources Mgmnt.<br>701 NW 1st Court<br>Miami, FL 33136 | | Disputed | 100,000.00 |
| Kobe Karp Architects<br>2915 Biscayne Blvd.<br>#200<br>Miami, FL 33137-4197 | Kobe Karp Architects<br>2915 Biscayne Blvd.<br>#200<br>Miami, FL 33137-4197 | | | Unknown |
| Miami Dade Tax Collector<br>140 W. Flagler Street<br>Miami, FL 33131-1575 | Miami Dade Tax Collector<br>140 W. Flagler Street<br>Miami, FL 33131-1575 | 488 Sunny Isles Blvd.<br>Sunny Isles, FL 33160 | Disputed | 80,000.00<br><br>(Unknown secured) |
| Regions Bank<br>c/o Howard R. Behar<br>17501 Biscyane Blvd.<br>Suite 460<br>North Miami Beach, FL 33160-4806 | Regions Bank<br>c/o Howard R. Behar<br>17501 Biscyane Blvd.<br>North Miami Beach, FL 33160-4806 | 488 Sunny Isles Blvd.<br>Sunny Isles, FL 33160 | | 1,372,411.71<br><br>(Unknown secured) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

B4 (Official Form 4) (12/07) - Cont.

In re   **488 Sunny Isles, Inc.**                                          Case No.  _____

                          Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

        I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **March 5, 2010** _____     Signature  **/s/ Yaron Horash**_____

                                                              **Yaron Horash**
                                                              **President**

      *Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037